**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Carl Joseph Giffin, Jr.
Bernard, Cassisa, et al
3838 N. Causeway Blvd, #3050
Metairie LA 70002

**REHEARING ACTION: February 12, 2014**

**Docket Number: 13   00179-CA**

**GEORGE L. BRUCE**
**VERSUS**
**FORD MOTOR COMPANY, ET AL.**

**Appealed from Rapides Parish Case No. 2010CV00236**

**BEFORE JUDGES:**

   Hon. Jimmie C. Peters
   Hon. James T. Genovese
   Hon. Shannon J. Gremillion
   Hon. Phyllis M. Keaty
   Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ford Motor Company, Inc. and Marler Ford Company, Inc.** has

this day been

   **DENIED.**
   Conery, J., would grant the rehearing.

cc: Fred Andrew Pharis, Counsel for the Appellee